# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SHAWN BURKE,

    Respondent

    v.

KRISTI TRUESDELL,

    Petitioner

: No. 107 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.